JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERRY,<br><br>          Plaintiff,<br><br>     v.<br><br>GPT GIG BOA PORTFOLIO OWNER LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1-10,<br><br>          Defendants. | Case No.: 2:19-cv-06363-RGK-JC<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: July 23, 2019<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff William Berry's ("Plaintiff") action against GPT GIG BOA PORTFOLIO OWNER LLC ("Defendant") is dismissed with prejudice.

Dated: June 29, 2020

_____
Hon. R. Gary Klausner
Judge, United States Court
Central District of California

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE